IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SEEFELDT, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:19-cv-00188 ) |
| ENTERTAINMENT CONSULTING INTERNATIONAL, LLC, | ) ) ) ) |
| OUTFIELD BREW HOUSE, LLC d/b/a BUDWEISER BREW HOUSE, | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF
TIME TO FILE ITS SUGGESTIONS IN OPPOSITION TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants Outfield Brew House, LLC d/b/a Budweiser Brew House ("Brew House") Entertainment Consulting International, LLC ("ECI") (collectively "Defendants"), by and through their undersigned counsel, hereby move the Court for an order granting them an extension of time to file their Suggestions in Opposition to Plaintiff's Motion for Class Certification. In support of this motion, Defendants state as follows:

1. Defendants respectfully request the Court grant Defendants a thirty-day extension to file their Suggestions in Opposition to Plaintiff's Motion for Class Certification. Plaintiff consents to the relief requested herein and, therefore, no prejudice will result to Plaintiff.

2. On April 11, 2019, Plaintiff filed his Motion for Class Certification and Suggestions in Support (Dkt. 31 and 32). In his motion, Plaintiff requests the Court certify two

1

separate classes, appoint Plaintiff as class representative, and appoint his counsel as lead class counsel.

3. Under Local Rule 7-4.01, Defendants' Suggestions in Opposition to Plaintiff's certification motion are due on April 18, 2019.

4. Defendants now respectfully requests the Court grant this motion and enter an order extending the deadline for it to file its Suggestions in Opposition to Plaintiff's Motion for Class Certification Motion until May 10, 2019.  Defendants seek an extension so they may fully respond to Plaintiff's certification arguments, including seeking discovery on the issues.[1]

5. This Motion, pursuant to Federal Rule of Civil Procedure 6, is filed for good cause and in good faith, and not to delay the prosecution of this case.

Wherefore, Defendants Outfield Brew House, LLC d/b/a Budweiser Brew House and Entertainment Consulting International, LLC respectfully request the Court enter an order setting May 10, 2019 as the pleading deadline for Defendants to file their Suggestions in Opposition to Plaintiff's Motion for Class Certification.

                Respectfully submitted,

/s/  Jacqueline M. Sexton
Jacqueline M. Sexton          #53262
Zach T. Bowles               #70531
**FOLAND, WICKENS, ROPER HOFER & CRAWFORD, P.C.**
1200 Main St., Suite 2200
Kansas City, Missouri  64105
Telephone:  (816) 427-7474
Facsimile:  (816) 472-6262
jfoland@fwpclaw.com
jsexton@fwpclaw.com
zbowles@fwpclaw.com

and

---

[1] To date, the parties have not propounded or exchanged discovery.  Exhibits attached to Plaintiff's Motion for Class Certification are materials taken from other cases, and not the instant matter.

2

Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
Glenn T. Graham (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road
Parsippany, New Jersey 07054
(973) 503-5900
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
ggraham@kelleydrye.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of April, 2019, a true and correct copy of the above and foregoing document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.

/s/  Jacqueline M. Sexton
**ATTORNEYS FOR DEFENDANTS**