# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SEEFELDT, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:19-cv-00188 |
| ENTERTAINMENT CONSULTING INTERNATIONAL, LLC, | ) ) ) ) | |
| OUTFIELD BREW HOUSE, LLC d/b/a BUDWEISER BREW HOUSE, | ) ) ) | |
| Defendants. | ) ) ) | |

## DEFENDANTS' MOTION
## TO EXTEND THE PAGE LIMIT

Defendants Outfield Brew House, LLC d/b/a Budweiser Brew House and Entertainment Consulting International, LLC respectfully move the Court to extend the page limit for Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification (the "Opposition"). Local Rule 7 - 4.01 sets a limit of fifteen pages per memorandum, exclusive of the signature page and attachments. Judge Limbaugh's internal procedural requirements, however, require that memoranda use 13-point font. Judge Limbaugh's requirements state that "[s]hould this cause a party's memorandum to exceed the Court's page limitation, counsel may file a short motion seeking leave to file a memorandum in excess of the page limitation."

When typed in 13-point font, the Opposition contains twenty pages, excluding the

title page, tables of contents and authorities, and signature block. Plaintiff's Memorandum in Support of Plaintiff's Motion for Class Certification (Dkt. No. 32) both used 12-point font and exceeded fifteen pages. Defendants therefore respectfully move the Court to allow Defendants to submit a memorandum that is twenty pages in length when typed in 13-point font to fully address the arguments made in Plaintiff's Motion. Defendants will file such a brief today. Should the Court deny this motion, Defendants will file a revised brief as the Court directs.

Dated: July 29, 2019

By: */s/ Jacqueline M. Sexton*

| W. James Foland #25022 | Lauri A. Mazzuchetti (*pro hac vice*) |
| Jacqueline M. Sexton #53262 | Geoffrey W. Castello (*pro hac vice*) |
| Zach T. Bowles #70531 | Whitney M. Smith (*pro hac vice*) |
| Foland, Wickens, Roper, | Glenn T. Graham (*pro hac vice*) |
| Hofer & Crawford, P.C. | KELLEY DRYE & WARREN LLP |
| 1200 Main Street, Suite 2200 | One Jefferson Road |
| Kansas City, MO 64105 | Parsippany, New Jersey 07054 |
| (816) 472-7474 | (973) 503-5900 |
| jfoland@fwpclaw.com | lmazzuchetti@kelleydrye.com |
| jsexton@fwpclaw.com | gcastello@kelleydrye.com |
| zbowles@fwpclaw.com | wsmith@kelleydrye.com |
| | ggraham@kelleydrye.com |

*Attorneys for Defendants*
*Outfield Brew House LLC d/b/a*
*Budweiser Brew House and*
*Entertainment Consulting International,*
*LLC*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 29th day of July, 2019, a true and correct copy of the above and foregoing document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.

*/s/ Jacqueline M. Sexton*
Jacqueline M. Sexton