# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL SEEFELDT,** | |
| **Plaintiff,** | |
| vs. | Case No.: 4:19-cv-00188-JMB |
| **ENTERTAINMENT CONSULTING INTERNATIONAL, LLC** | |
| **OUTFIELD BREW HOUSE, LLC** d/b/a **BUDWEISER BREW HOUSE,** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Michael Seefeldt and Defendants Entertainment Consulting International, LLC and Outfield Brew House, LLC, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41 hereby stipulate to the dismissal of this action, with prejudice, each party to bear its own costs.

        **Respectfully submitted,**

        **BARTIMUS FRICKLETON ROBERTSON RADER, PC**

        */s/ Edward D. Robertson III*
        EDWARD D. ROBERTSON III   MO 58801
        ANTHONY L. DEWITT        MO 41612
        KELLY C. FRICKLETON      MO 70066
        11150 Overbrook Rd., Ste. 200
        Leawood, Ks 66211
        Office: 913-266-2300
        krobertson@bflawfirm.com
        aldewitt@bflawfirm.com
        kellyf@bflawfirm.com

        **and**

        ARI RODOPOULOS        MO 58777

**Peddicord & Townsend LLC**
**1517 Oak Street**
**Kansas City, MO 64108**
**Office: 816-559-7645**
ari@ptlawkc.com

**ATTORNEYS FOR PLAINTIFF MICHAEL SEEFELDT**

and

**FOLAND, WICKENS, ROPER, HOFER AND CRAWFORD, P.C.**

*/s/ Jacqueline M. Longfellow*
**JACQUELINE M. LONGFELLOW MO 53262**
**ZACH T. BOWLES  MO 70531**
**1200 Main Street, Ste. 2200**
**Kansas City, MO 64105**
**Phone: 816-472-7474**
**Fax: 816-472-6262**
jlongfellow@fwpclaw.com
abowles@fwpclaw.com

**ATTORNEY FOR DEFENDANT ENTERTAINMENT CONSULTING, INTERNATIONAL LLC AND OUTFIELD BREW HOUSE, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of May, 2021 a true and correct copy of the above and foregoing document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.

*/s/  Edward D. Robertson III*
Attorney for Plaintiff

2